# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2129

_____

United States of America

*Plaintiff - Appellee*

v.

Rodderick Goins

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: November 13, 2017
Filed: November 15, 2017
[Unpublished]

_____

Before GRUENDER, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Rodderick Goins directly appeals the within-guidelines sentence the district court[1] imposed after he pled guilty to a firearms offense. His counsel has filed a brief

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

under *Anders v. California*, 386 U.S. 738 (1967), questioning the reasonableness of Goins's sentence. Counsel has also moved for leave to withdraw.

Upon careful review,[2] we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing the sentence under a deferential abuse-of-discretion standard and noting that if the sentence is within the guidelines range, the appellate court may, but is not required to, apply a presumption of reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and we affirm.

———————————————

[2]Goins pled guilty pursuant to a plea agreement that contained an appeal waiver, but we decline to enforce the appeal waiver. *See United States v. Boneshirt*, 662 F.3d 509, 515-16 (8th Cir. 2011).